IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Tonia Rae Betts,

    Plaintiff(s),

vs.

Commissioner of Social Security,

    Defendant(s).

Case Number: 1:18cv612

Judge Susan J. Dlott

ORDER

This matter is before the Court pursuant to the Order of General Reference in the United States District Court for the Southern District of Ohio Western Division to United States Magistrate Judge Stephanie K. Bowman. Pursuant to such reference, the Magistrate Judge reviewed the pleadings and filed with this Court on July 17, 2019 a Report and Recommendation (Doc. 13). Subsequently, the defendant filed objections to such Report and Recommendation (Doc. 14) and the plaintiff filed a response to the objections (Doc. 15).

The Court has reviewed the comprehensive findings of the Magistrate Judge and considered de novo all of the filings in this matter. Upon consideration of the foregoing, the Court does determine that such Recommendation should be adopted.

Accordingly, defendant's Disability Insurance Benefit (DIB) decision is AFFIRMED as supported by substantial evidence. The Defendant's SSI decision is REVERSED as not substantially supported. This case is REMANDED under sentence four concerning the SSI claim alone. This case is hereby TERMINATED from the docket of this Court.

IT IS SO ORDERED.

                             ___s/Susan J. Dlott_____
                             Judge Susan J. Dlott
                             United States District Court